UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-21688-COOKE

ANDRIA KOUTURE BANKS,

    Plaintiff,

v.

T. HUTCHING, *et al.*,

    Defendants.

_____/

**ORDER OF INSTRUCTIONS TO *PRO SE* CIVIL RIGHTS LITIGANT**

Because Plaintiff is proceeding *pro se*, the Court will advise him of essential requirements in this case. Accordingly, it is **ORDERED and ADJUDGED** as follows:

    1.    Plaintiff must keep the Court advised of his current address at all times. If Plaintiff's address changes and Plaintiff does not promptly file a change of address with the Clerk of Court, this case may be dismissed for lack of prosecution and/or failure to comply with court orders. A change of address must be labeled "Notice of Change of Address" and **must include only** the new address and the effective date of the change.

    2.    The Court lacks authority to require counsel to represent indigent prisoners in civil rights cases. Only in exceptional circumstances may the Court request an attorney to voluntarily represent such a litigant.

    3.    Once any Defendant has answered or otherwise responded to the complaint or controlling pleading, Plaintiff shall serve upon that Defendant, and any other Defendant that has answered or otherwise responded to the same, copies of all pleadings, motions, or other papers submitted to the Court. The Court may strike any pleading, motion, or other paper that does not conform to this requirement.

    4.    All pleadings, motions, or other papers must include the case number at the top of the first page. Plaintiff shall send the original of every pleading, motion, or other paper to the Clerk of this Court. **Miami** cases must be filed at Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Room 8N09, Miami, FL 33128. **Fort Lauderdale** cases must be

filed at U.S. Federal Building and Courthouse, 299 East Broward Boulevard #108, Fort Lauderdale, FL 33301. **West Palm Beach** cases must be filed at Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, Room 202, West Palm Beach, FL 33401. **Fort Pierce** cases must be filed at Alto Lee Adams, Sr. U.S. Courthouse, 101 South U.S. Highway 1, Room #1016, Ft. Pierce, FL 34950. **Key West** cases must be filed at Sidney M. Aronovitz U.S. Courthouse, 301 Simonton Street, Key West, FL 33040.

5. Plaintiff or any of their family or acquaintances **shall not** mail any pleading or document directly to a District Judge or Magistrate Judge of this Court. Likewise, Plaintiff or any of their family or acquaintances **shall not** contact a District Judge or Magistrate Judge of this Court by telephone, email, or fax **for any reason**. Furthermore, although brief case status information contained on the docket sheet may be available from the Clerk of Court, no Court employee may provide legal advice to any litigant.

6. Plaintiff **must not send letters and similar correspondence** to the Court or to the Clerk. All pleadings, motions, and other papers must be filed in accordance with the Federal Rules of Civil Procedure, the Local Rules for the U.S. District Court for the S.D. of Florida, and any other applicable rule(s). Letters and similar correspondence are not proper motions or pleadings and will be disregarded by the Court.

7. At the end of the case, the Court may tax costs against the losing party.

**DONE and ORDERED** in chambers, at Miami, Florida, on this 10th day of June 2022.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

cc:
Andria Kouture Banks
200120222
Miami-Dade County-MW
Metro West
Inmate Mail/Parcels
13850 NW 41st Street
Miami, FL 33178
PRO SE